SEALED

FILED
OCT 0 5 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACE CHRISTIAN WILLIAMS,<br><br>Defendant. | Case No. 21 CR 442 GKF<br><br>FILED UNDER SEAL<br><br>INDICTMENT<br>[COUNT ONE: 18 U.S.C. §§ 1151, 1153, and 114 – Maiming in Indian Country;<br>COUNT TWO: 18 U.S.C. §§ 1151, 1153, and 113(a)(6) – Assault Resulting in Serious Bodily Injury in Indian Country] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
[18 U.S.C. §§ 1151, 1153, and 114]

On or about November 3, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **JACE CHRISTIAN WILLIAMS**, an Indian, with intent to torture, maim, and disfigure, assaulted O.L., disabling the use of O.L.'s limbs.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 114.

## COUNT TWO
## [18 U.S.C. §§ 1151, 1153, and 113(a)(6)]

On or about November 3, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **JACE CHRISTIAN WILLIAMS**, an Indian, assaulted O.L., a person known to the Grand Jury, resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 113(a)(6).

CLINTON J. JOHNSON
Acting United States Attorney

_____
MARK R. MORGAN
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson