IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21-CR-00442-GKF |
| JACE CHRISTIAN WILLIAMS, | ) ) ) |
| Defendant. | ) |

**VERDICT FORM**

We, the jury, being duly sworn and upon our oaths, find the defendant, Jace Christian Williams:

As to Count One of the Indictment:

Not Guilty _____     Guilty \_\_\_✓_____

REDACTED

FOREPERSON        DATE 2/25/2022