IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 21-CR-442-GKF |
| **JACE CHRISTIAN WILLIAMS,** | |
| Defendant. | |

**SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR DOWNWARD VARIANCE (DKT #52)**

In his variance request and sentencing pleadings, Defendant frequently refers to the incident in this case as a "fight." (Dkt #54 at 1). The witnesses to the incident told a different story. For example, Bryce Waybright testified as follows:

*Q. Bryce, Mr. Dunn asked you how long a fight lasted. Would you characterize for this jury what you saw happen to Owen as a fight?*

*A. Absolutely not.*

*Q. Okay. Explain what you mean when you say "absolutely not."*

*A. Owen didn't have a chance to fight back, to defend himself.*

*Q. And that's why you wouldn't call what you saw a fight?*

*A. An attack.*

*Q. I'm sorry. You said an attack?*

*A. An attack, more or less.*

*Q. So you're saying an attack would be a more fair characterization of what you saw happen to Owen?*

*A. Yes.*

*See* Excerpt of testimony of Bryce Waybright, attached hereto as Exhibit A.

Similarly, Emily Wagner testified as follows:

*Q. Counsel for defendant asked you whether a fight lasted very long. Did you see a fight out there?*

*A. No. I seen someone attack another person that didn't have a chance to fight back.*

*See* Excerpt of testimony of Emily Wagner, attached hereto as Exhibit B.

                    Respectfully submitted,
                    CLINTON J. JOHNSON
                    United States Attorney

                    */s/ Richard M. Cella*
                    Richard M. Cella, TX Bar No. 24078328
                    Assistant United States Attorney
                    110 West Seventh Street, Suite 300
                    Tulsa, Oklahoma 74119
                    (918) 382-2700

## Certificate of Service

I hereby certify that on the 23rd day of June, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

John Dunn
*Counsel for Defendant*

/s/ Richard M. Cella
Richard M. Cella
Assistant United States Attorney